# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 25-4121-JPR**                                                   Date: **August 20, 2025**
Title:  <u>**Michelle Reyes v. Starbucks Corp. et al.**</u>
================================================================

**DOCKET ENTRY: Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Prosecute**

================================================================

PRESENT:

**HON. <u>JEAN P. ROSENBLUTH</u>, U.S. MAGISTRATE JUDGE**

<u>Bea Martinez</u>                                   <u>    n/a    </u>
Deputy Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANTS:
         None present                                      None present

**PROCEEDINGS: (IN CHAMBERS)**

     Plaintiff filed this lawsuit alleging negligence and diversity jurisdiction on May 7, 2025.  A few days later the Clerk issued a Notice of Deficiencies, noting that Plaintiff had not filed a notice of interested parties, instructing her to do so immediately, and warning her that failure to do so could result in adverse consequences.  Moreover, under Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve the Complaint and Summons on Defendants by no later than August 5 and file proof of service.  <u>See also</u> Fed. R. Civ. P. 4(l)(l) (requiring proof of service by affidavit).  Under new Local Rule 4-6, proof of service must be filed "within 14 days of service of the summons and complaint or receipt of a notice and acknowledgment of service."  Thus, the proof of service was due at the latest on August 19, 2025.  To date, Plaintiff has not filed any proof of service, nor have Defendants appeared in any way.  Nor has she filed a notice of interested parties.

     No later than seven days from the date of this order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to effect service, failure to obey Court orders, and failure to prosecute.  If she does not timely respond, this lawsuit will likely be dismissed without prejudice.

MINUTES FORM 11                                                      Initials of Deputy Clerk: <u>bm     </u>
CIVIL-GEN