JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE REYES,<br>　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORP. et al.,<br>　　　　Defendants. | Case No. CV 25-4121-JPR<br><br>**J U D G M E N T** |

Pursuant to the Order Dismissing Action for Failure to Respond to Court Orders and Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 4, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE